UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DARRYL MAURICE YOUNG,

    Plaintiff,

-vs-                                                  Case No.  5:12-cv-634-Oc-30PRL

MS. DORITY,

    Defendant.
_____/

**O R D E R**

In an order dated November 15, 2012, the Court ordered Plaintiff to submit a Prisoner Consent Form and Financial Certification. (Doc. 3).  Plaintiff has not complied with the Order in that he has not filed the Prisoner Consent Form, nor has Plaintiff requested an extension of time or otherwise explained the reasons for noncompliance.  Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**.  The Clerk is directed to terminate any pending motions and close the file.

    **DONE** and **ORDERED** in Tampa, Florida on December 19, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

    c: *pro se* Plaintiff